# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 8, 2008

Charles R. Fulbruge III
Clerk

No. 07-31011

————

GAYLE T BENNETT, individually on behalf of all similarly
situated Louisiana citizens; WILLIAM T BENNETT, individually
and on behalf of all similarly situated Louisiana citizens;
DONNA S CUMMINGS, individually and on behalf of all
similarly situated Louisiana citizens; KENNETH GORDON,
individually and on behalf of all similarly situated
Louisiana citizens; DIANE GORDON, individually and on behalf
of all similarly situated Louisiana citizens; MAURICE DE LA
HOUSSAYE, individually and on behalf of all others similary
situated

   Plaintiffs - Appellees


 v.


EAST JEFFERSON LEVEE DISTRICT, Board of Commissioners;
JEFFERSON PARISH PUBLIC WORKS DEPARTMENT, Drainage
Department; JEFFERSON PARISH; ORLEANS LEVEE DISTRICT,
Board of Commissioners; NEW ORLEANS CITY; LOUISIANA
DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT; PORT OF
NEW ORLEANS, Board of Commissioner; AARON BROUSSARD;
AMERICAN ALTERNATIVE INSURANCE CORPORATION

   Defendants - Appellees

 v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS;

   Defendant - Appellant

-----------------------------------------------

MAURICE DE LE HOUSSAYE, Individually and on behalf
of all others similarly situated

       Plaintiff - Appellee

 v.

JEFFERSON PARISH, AARON BROUSSARD, AMERICAN ALTERNATIVE
INSURANCE CORPORATION; EAST JEFFERSON LEVEE DISTRICT,
Board of Commissioners; JEFFERSON PARISH PUBLIC WORKS
DEPARTMENT, Drainage Department; ORLEANS LEVEE DISTRICT,
Board of Commissioner; NEW ORLEANS CITY; LOUISIANA
DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT; PORT OF
NEW ORLEANS, Board of Commissioner;

       Defendants - Appellees
 v.

SEWERAGE AND WATER BOARD OF NEW ORLEANS

       Defendant - Appellant

------------

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:07-CV-3131
USDC No. 2:07-CV-3130

------------

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM:[*]

    This interlocutory appeal is DENIED pursuant to 28 U.S.C. § 1453(c). We do not reach, and express no opinion on, the merits of the appeal.

------------

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.